DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LEXI NEGIN, Bar# 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ERIC SHANE DEDRICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR. S-09-139 FCD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| v. | ) | |
| ERIC SHANE DEDRICK, | ) | |
| | ) | DATE:   October 12, 2010 |
| Defendant. | ) | TIME:   10:00 a.m. |
| | ) | JUDGE: Frank C. Damrell, Jr. |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MARY L. GRAD, Assistant U.S. Attorney, and defendant, ERIC SHANE DEDRICK by and through his counsel, LEXI NEGIN, Assistant Federal Defender, that the status conference set for Monday, October 4, 2010, be continued to Tuesday, October 12, 2010.  The reason for this continuance is because the parties are still negotiating a resolution of the case and need additional time.

It is further stipulated that the time period from the date of this stipulation, September 29, 2010, through and including the date of the new status conference hearing, October 12, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial

///

///

///

Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: September 29, 2010

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    */s/ Lexi Negin*
    LEXI NEGIN
    Assistant Federal Defender
    Attorney for Defendant
    ERIC SHANE DEDRICK

DATED: September 29, 2010    BENJAMIN B. WAGNER
    United States Attorney

    */s/ Lexi Negin for*
    MARY L. GRAD
    Assistant U.S. Attorney
    Attorney for Plaintiff

## **O R D E R**

For the reasons set forth in the stipulation of the parties, filed on September 29, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for Monday, October 4, 2010, shall be continued until **Tuesday, October 12, 2010, at 10:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 29, 2010 stipulation, the time from the date of the parties' stipulation to, and including, October 12, 2010, is excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: September 29, 2010

    FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE